UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL STEIN and LOUIS NOVAK,

    Plaintiffs,                              No. 2:16-cv-14233-MAG-EAS

v.

CHRISTOPHER THOMAS, in his official
capacity as Director of Elections; and
JEANETTE BRADSHAW, NORMAN D.
SHINKLE, JULIE MATUZAK, and COLLEEN
PERO, in Their Official Capacities as Members
of the Board of State Canvassers,

    Defendants.

_____/

**MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION ENJOINING THE DELAY OF THE STATEWIDE RECOUNT OF THE 2016 PRESIDENTAL ELECTION**

NOW COME THE PLAINTIFFS, based upon their Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, and the Declaration Mark Brewer and exhibits thereto, dated December 2, 2016, and, by their counsel, move this Court at the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit Michigan, for a temporary restraining order and preliminary injunction, pursuant to Federal Rule of Civil Procedure 65, enjoining the Defendants, their agents, officers and employees, and all persons acting in concert or cooperation with them from further delaying recount proceedings for the 2016 presidential election.

Dated:  December 2, 2016
       Detroit, Michigan

                                 GOODMAN ACKER, P.C.

                                 _____/s/ Mark Brewer_____

Mark Brewer (P35661)
17000 W. Ten Mile Road, 2nd Floor
Southfield, MI 48075
(248) 483-5000
mbrewer@goodmanacker.com

*Attorneys for Plaintiffs*