UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL STEIN, et al.,

       Plaintiffs,                         Case No. 16-14233
                                             Hon. Mark A. Goldsmith

vs.

CHRISTOPHER M. THOMAS,
et al.,

       Defendants.

_____/

## ORDER SETTING HEARING

On December 2, 2016, Plaintiffs filed their complaint (Dkt. 1), together with a motion for a temporary restraining order (Dkt. 2). The Court will conduct a hearing on the motion on **December 4, 2016, at 10:30 A.M. at the Theodore Levin United States Courthouse, 231 W. Lafayette Boulevard, Courtroom 860, Detroit, Michigan**. Because the hearing will be held outside of business hours, counsel are instructed to enter the courthouse via the entrance on Lafayette Boulevard, use the buzzer, and wait to be admitted for entry.

In addition to notifying Plaintiffs' counsel, the Court is providing this notice to Defendant Christopher M. Thomas and Michigan Assistant Attorney General Denise Barton, whose email addresses are listed on Plaintiffs' proposed order (Dkt. 2-2). Plaintiffs' counsel shall use all reasonable efforts to notify all other Defendants, as well as defense counsel of whom Plaintiffs have knowledge, of this hearing.

       SO ORDERED.

Dated: December 3, 2016                          s/Mark A. Goldsmith
  Detroit, Michigan                             MARK A. GOLDSMITH
                                               United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 3, 2016.

s/Karri Sandusky
Case Manager