UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JILL STEIN and LOUIS NOVAK,** | |
| Plaintiffs, | Case No. 2:16-cv-14233-MAG-EAS |
| v | Hon. Mark A. Goldsmith |
| **CHRISTOPHER THOMAS, in his official capacity as Director of Elections; and JEANETTE BRADSHAW, NORMAN D. SHINKLE, JULIE MATUZAK, and COLLEEN PERO, in their Official Capacities as Members of the Board of Canvassers,** | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Intervenor Michigan Republican Party appeals to the United States Court of Appeals for the Sixth Circuit the Opinion & Order (Dkt. 16), which was entered on December 5, 2016.

Respectfully submitted,

Date: December 5, 2016

By: */s/ Gary P. Gordon*
Gary P. Gordon (P26290)
Jason T. Hanselman (P61813)
Counsel for Defendant Michigan Republican Party
201 Townsend Street, Suite 900
Lansing, MI 48933
Telephone: (517) 374-9100
ggordon@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record. I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.

By: */s/ Gary P. Gordon*
Jason T. Hanselman (P61813)
Counsel for Defendant Michigan Republican Party
DYKEMA GOSSETT PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933
Telephone: (517) 374-9100
ggordon@dykema.com