UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL STEIN and LOUIS NOVAK,

        Plaintiffs,                Case No. 2:16-cv-14233

    -against-                **HON. MARK A. GOLDSMITH**

CHRISTOPHER THOMAS, in his official
capacity as Director of Elections; and JEANETTE
BRADSHAW, NORMAN D. SHINKLE, JULIE
MATUZAK, and COLLEEN PERO, in Their
Official Capacities as Members of the Board of
State Canvassers,

        Defendants.

**PLAINTIFFS' NON-OPPOSITION TO BILL SCHUETTE'S MOTION TO INTERVENE**

Plaintiffs Jill Stein and Louis Novak, by and through their counsel, do not oppose Attorney General Bill Schuette's Motion to Intervene (ECF No. 13). It is notable, however, that the Mr. Schuette does not represent the State of Michigan in this suit in light of his unprecedented state court action against another entity within the government—the Board of State Canvassers—relating to the recount, *see Schuette v. Board of State Canvassers*, No. 335947 (Mich. Ct. App), and the public statements by Governor Rick Snyder that a recount is "part of the process" and "one of the prerogatives for candidates to look at," *see, e.g.*, http://www.wsjm.com/2016/11/29/snyder-recount-just-part-of-the-process/.

Dated: December 6, 2016
       Detroit, Michigan

                                    GOODMAN ACKER, P.C.

                                    __/s/ Mark Brewer_____

Mark Brewer (P35661)
17000 W. Ten Mile Road, 2nd Floor
Southfield, MI 48075
(248) 483-5000
mbrewer@goodmanacker.com

EMERY CELLI BRINCKERHOFF &
ABADY

  __/s/ Jessica Clarke_____

Hayley Horowitz
Jessica Clarke
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000
jclarke@ecbalaw.com

*Attorneys for Plaintiffs*